TIMOTHY J. YOO (SBN 155531)
DANIEL H. REISS (SBN 150573)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: tjy@lnbyb.com; dhr@lnbyb.com; lls@lnbyb.com

Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STRADELLA INVESTMENTS, INC.,<br><br>          Debtor. | Case No. 8:10-bk-23193-RK<br><br>Chapter 11<br><br>**DEBTOR'S SECOND CHAPTER 11 STATUS REPORT**<br><br><u>Hearing</u>:<br>Date: January 12, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 5D, 5th Floor<br>       411 W. Fourth Street<br>       Santa Ana, CA 92701 |

1  Stradella Investments, Inc., debtor and debtor in possession herein (the "Debtor"), hereby files its Chapter 11 Status Report in connection with the Debtor's Chapter 11 bankruptcy case as follows:

**A. Description of the Debtor's business and event's leading to the bankruptcy filing**

The Debtor is an active California corporation in good standing. The Debtor's sole shareholder is St. Cloud Company, Inc. The Debtor's president is Abdolrashid Boroumand.

The Debtor's sole asset is a $25,000,000 promissory note (the "Note") dated March 14, 2006 and executed by Randall Bone on behalf of RM Eagle LLC ("RME"), in favor of the Debtor in exchange for certain partnership interests held by the Debtor and other limited partners in a limited partnership entitled EIMS Stradella LP.

This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on September 19, 2010, among other things, in response to collection actions that were undertaken by alleged secured creditor, Ronald Schwartz ("Schwartz") in the action entitled state court action entitled Schwartz v. Stradella Investments, Inc., Case No. 076492, which is currently pending in the Superior Court of the State of California for the County of Riverside, Indio Court (the "Schwartz Action"). The Debtor was in the process of negotiating new terms under the Note with RME when it received conflicting demands from the Debtor's secured creditors, including Schwartz.

**B.    Litigation**

On October 1, 2010, the Debtor filed a complaint in this Court (the "Complaint") commencing an adversary proceeding Stradella Investments, Inc. v. Schwartz, et al., Bk. Case no. 8:10-ap-01462-RK, against Ronald Schwartz ("Schwartz"), Viridian Investments N.V. and Viridian Investments Services, Ltd. (the "Viridian Action"). By way of the Complaint the Debtor seeks declaratory relief with respect to the amount, priority and validity of certain alleged security interests, and further seeks avoidance of one of two judgment liens recorded by Schwartz – one of which was filed during the 90-day preference period.

On November 15, 2010, defendants Viridian Investments N.V. and Viridian Investments Services, Ltd. filed an answer to the Complaint. Thereafter, on November 16, 2010, defendant

Schwartz filed answer to the Complaint and a cross-claim for declaratory relief and disallowance of claims against Viridian Investments N.V. and Viridian Investments Services, Ltd. and Northwoods Corporation. It is the Debtor's understanding that Defendant Schwartz has not yet properly served the summons on Northwoods Corporation.

A status conference in the Viridian Action was held on December 21, 2010. At the status conference the Court ordered defendant Schwartz to complete proper service of the summons on Northwoods Corporation and continued the status conference to February 8, 2011 at 1:30 p.m.

No discovery has commenced in the Viridian Action and the Debtor does not intend to propound any discovery at this time because the Debtor believes discovery is premature until Northwoods Corporation and Viridian Investments N.V. and Viridian Investments Services, Ltd. determine their priority and amount of their claims against the Debtor.

**CONCLUSION**

Upon the resolution of the Viridian Action, the Debtor anticipates that value will be created for general unsecured creditors. The Debtor continues to prosecute the Viridian Action and comply with the Chapter 11 requirements of the Office of the United States Trustee.

Dated: January 5, 2011         STRADELLA INVESTMENTS, INC.

By: ___/s/ Daniel Reiss___
TIMOTHY J. YOO
DANIEL H. REISS
LINDSEY L. SMITH
Levene, Neale, Bender, Yoo & Brill
L.L.P., Attorneys for the Debtor and
Debtor in Possession

| In re:<br>Stradella Investments, Inc., Debtor | Case No. 8:10-bk-23193-RK<br>Chapter 11 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as DEBTOR'S SECOND CHAPTER 11 STATUS REPORT will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 5, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Kyra E Andrassy    kandrassy@wgllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michelle S Grimberg    msg@lnbrb.com, angela@lnbrb.com
- Michelle S Grimberg    msg@lnbyb.com, angela@lnbrb.com
- Daniel H Reiss    dhr@lnbrb.com
- Evan D Smiley    esmiley@wgllp.com
- Lindsey L Smith    lls@lnbrb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Timothy J Yoo    tjy@lnbrb.com
- Timothy J. Yoo    tjy@lnbyb.com
- Scott H Yun    syun@stutman.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):** On January 5, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**See Attached Service List-All Entities Served via United States Mail**

**Served via United States Mail**
Hon. Robert Kwan
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January __, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 5, 2011 | John Berwick | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2009*

**F 9013-3.1**

Stradella Investments, Inc.
28312 Avenida La Mancha
San Juan Capistrano, CA 92675

Office of the United States Trustee
Nancy S. Goldenberg
411 West Fourth St., Ste. 9041
Santa Ana, CA 92701-8000

Abdolrashid Boroumand
28312 Avenida La Mancha
San Juan Capistrano, CA 92675

Karlin and Peebles, LLP
8383 Wilshire Blvd., Ste. 708
Beverly Hills, CA 90211

Northwoods Corporation
11661 San Vicente Blvd., Ste. 1035
Los Angeles, CA 90049

Ronald Schwartz
c/o Guralnick & Gilliland, LLP
40-004 Cook Street, Ste. 3
Palm Desert, CA 92211

Sheppard Mullin
c/o Michael Steward, Esq.
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626

St. Cloud Company, Inc.
28312 Avenida la Mancha
San Juan Capistrano, CA 92675

Viridian Investments Services, Ltd.
Wickham's Cay
PO Box 662, Road Town, Tortola
British Virgin Islands

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Securities & Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-5627

Santa Ana Division
411 West Fourth Street
Suite 2030
Santa Ana, CA 92701-4500