1   TIMOTHY J. YOO (SBN 155531)
    DANIEL H. REISS (SBN 150573)
2   LINDSEY L. SMITH (SBN 265401)
3   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
    10250 Constellation Boulevard, Suite 1700
4   Los Angeles, California 90067
    Telephone: (310) 229-1234
5   Facsimile: (310) 229-1244
    Email: tjy@lnbyb.com; dhr@lnbyb.com; lls@lnbyb.com
6

7   Attorneys for Chapter 11 Debtor and Debtor in Possession

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        SANTA ANA DIVISION

11

12   In re                                ) Case No. 8:10-bk-23193-RK
                                          )
13   STRADELLA INVESTMENTS, INC.,         ) Chapter 11
                                          )
14                                        )
                                          ) NOTICE OF CONTINUED CHAPTER 11
15                    Debtor.             ) STATUS CONFERENCE
                                          )
16                                        )
                                          )
17                                        )
                                          )
18                                        ) Hearing:
                                          )
19                                        ) Date:  April 13, 2011
                                          ) Time:  11:00 a.m.
20                                        ) Place: Courtroom 5D, 5th Floor
                                          )        411 W. Fourth Street
21                                        )        Santa Ana, CA 92701
                                          )
22                                        )
                                          )
23                                        )
                                          )
24                                        )
                                          )
25                                        )
                                          )
26   _____)

27

28

1    PLEASE TAKE NOTICE that a continued status conference will take place in the above

2  chapter 11 case before The Honorable Robert Kwan, United States Bankruptcy Judge, in

3  Courtroom 5D located at 411 West Fourth Street, Santa Ana, California 92701 on April 13, 2011

4  at 11:00 a.m.

5  Dated: January 26, 2011            STRADELLA INVESTMENTS, INC., A CALIFORNIA
                                       CORPORATION
6

7                                  By:   /s/ Daniel H. Reiss
8                                        DANIEL H. REISS
                                         Levene, Neale, Bender, Yoo & Brill L.L.P.
9                                        Attorneys for debtor in possession
                                         Stradella Investments, Inc.
10

11

12

13

14

15

16

17

18

19                                        ,

20

21

22

23

24

25

26

27

28
                                          2

| In re: | Case No. 8:10-bk-23193-RK |
|---|---|
| Stradella Investments, Inc., Debtor | Chapter 11 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Kyra E Andrassy   kandrassy@wgllp.com
- Daniel Denny   ddenny@gibsondunn.com
- Nancy S Goldenberg   nancy.goldenberg@usdoj.gov
- Michelle S Grimberg   msg@lnbrb.com, angela@lnbrb.com
- Michelle S Grimberg   msg@lnbyb.com, angela@lnbrb.com
- Daniel H Reiss   dhr@lnbrb.com
- Evan D Smiley   esmiley@wgllp.com
- Lindsey L Smith   lls@lnbrb.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Timothy J Yoo   tjy@lnbrb.com
- Timothy J. Yoo   tjy@lnbyb.com
- Scott H Yun   syun@stutman.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On January 26, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

## See Attached Service List-All Entities Served via United States Mail

**Served via United States Mail**
Hon. Robert Kwan
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January __, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 26, 2011 | John Berwick | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2009*

**F 9013-3.1**

Stradella Investments, Inc.
28312 Avenida La Mancha
San Juan Capistrano, CA 92675

Office of the United States Trustee
Nancy S. Goldenberg
411 West Fourth St., Ste. 9041
Santa Ana, CA 92701-8000

Abdolrashid Boroumand
28312 Avenida La Mancha
San Juan Capistrano, CA 92675

Karlin and Peebles, LLP
8383 Wilshire Blvd., Ste. 708
Beverly Hills, CA 90211

Northwoods Corporation
11661 San Vicente Blvd., Ste. 1035
Los Angeles, CA 90049

Ronald Schwartz
c/o Guralnick & Gilliland, LLP
40-004 Cook Street, Ste. 3
Palm Desert, CA 92211

Sheppard Mullin
c/o Michael Steward, Esq.
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626

St. Cloud Company, Inc.
28312 Avenida la Mancha
San Juan Capistrano, CA 92675

Viridian Investments Services, Ltd.
Wickham's Cay
PO Box 662, Road Town, Tortola
British Virgin Islands

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Securities & Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-5627

Santa Ana Division
411 West Fourth Street
Suite 2030
Santa Ana, CA 92701-4500